**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Harold FIELDS, Defendant–Appellant.**

**No. 13–7080.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 21, 2013.

Decided: Nov. 25, 2013.

Harold Fields, Appellant Pro Se. Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Fields appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* *United States v. Fields,* No. 2:89–cr–00251–JAB–1 (M.D.N.C. July 2, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* We further note that 18 U.S.C. § 3582(c)(2) is not the appropriate mechanism to assert the retroactive application of *Alleyne v. United States,* — U.S. ——, 133 S.Ct. 2151, 186 L.Ed.2d 314 (2013).